■ KIM DIDOMENICO, Appellant, et al., Plaintiff, v TOWN OF HEMPSTEAD et al., Respondents. [639 NYS2d 719]

We agree with the Supreme Court that the appellant failed to establish a prima facie case of serious injury within the meaning of Insurance Law § 5102 (d). Thus, summary judgment was properly awarded to the defendants (see, Insurance Law § 5104 [a]; *Licari v Elliott*, 57 NY2d 230). Thompson, J. P., Friedmann, Florio and McGinity, JJ., concur.